# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY M. PATTERSON, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 2: 17-1322 |
| WEXFORD HEALTH SOURCES, INC, CORRECT CARE SOLUTIONS, LLC, MARY COMER, BYUNGHAK JIN, | ) |
| *Defendants*. | ) **JURY TRIAL DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED R. CIV. P. 41(a)

Plaintiff RICKY M. PATTERSON by his attorneys at the Mizner Law Firm, and Defendants WEXFORD HEALTH SOURCES, INC., CORRECT CARE SOLUTIONS, LLC, MARY COMER and BYUNGHAK JIN by their respective counsel, hereby stipulate to the dismissal of all claims against all Defendants.

Respectfully submitted,

MIZNER LAW FIRM

By:  /s/ John F. Mizner

John F. Mizner
PA Bar No. 53323
jfm@miznerfirm.com

311 West Sixth Street
Erie, Pennsylvania 16507
(814) 454-3889

*Attorneys for the Plaintiff*

**Agreed**:

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP

By: /s/ Samuel Foreman

Samuel Foreman

Two Gateway Center
Pittsburgh, Pennsylvania 15222
(412) 281-4541

*Attorneys for Defendants*
*WEXFORD HEALTH SOURCES, INC.,*
*CORRECT CARE SOLUTIONS, LLC,*
*MARY COMER and BYUNGHAK JIN*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY M. PATTERSON, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 2: 17-1322 |
| | ) | |
| WEXFORD HEALTH SOURCES, INC, | ) | |
| CORRECT CARE SOLUTIONS, LLC, | ) | |
| MARY COMER, BYUNGHAK JIN, | ) | |
| | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, the foregoing Stipulation of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a) was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Courts ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the courts ECF system.

/s/ John F. Mizner
John F. Mizner